BENJAMIN J. CARMAN, ESQ.
NV Bar # 12565
ROBERT T. HERNANDEZ, ESQ.
NV Bar # 13892
CARMAN COONEY FORBUSH PLLC
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL M. SILOS, an individual; ATHLENE GRANA SILOS, an individual; and AVEN SILOS, a Minor, by and through his parent and natural guardian, ATHLENE GRANA SILOS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants, | 2:19-cv-00154-JAD-DJA<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT**<br><br>ECF No. 21 |

1    Plaintiffs and defendant, by and through their respective counsel of record,

2    hereby stipulate to remand this matter to the Eighth Judicial District Court in the

3    County of Clark, State of Nevada, to finalize the resolution of this matter and with

4    the understanding that the matter no longer presents a claim that the potential

5    value of the litigation claims exceeds the jurisdictional threshold of $75,000.

6    Absent such claims, good cause exists to remand this matter to the state court.

7    To this end, the parties further stipulate that each party shall bear its own

8    attorney's fees and costs as they relate to the removal, litigation, and remand of

9    this matter to the state court.

DATED   June 3, 2021                                DATED   June 3, 2021

**CARMAN COONEY FORBUSH PLLC**                      **RALPH A. SCHWARTZ, P.C.**

/s/Benjamin J. Carman                               /s/Ralph A. Schwartz

BENJAMIN J. CARMAN, ESQ.                            RALPH A. SCHWARTZ, ESQ.
ROBERT T. HERNANDEZ, ESQ.                           Attorneys for Plaintiffs
Attorneys for Defendant                             Paul M. Silos, Athlene Grana Silos,
State Farm Mutual Automobile                        and Aven Silos
Insurance Company

## ORDER

It appearing by the parties' stipulation [ECF No. 21] that this court lacks subject-matter jurisdiction over this state-law action, IT IS HEREBY ORDERED that **this case is REMANDED** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-18-786270-C, Department 11.   The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2021